## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NYLSSA KRYSTHELLA PORTILLO-MORENO<br><br>                    Plaintiff,<br><br>            v.<br><br>CHAD WOLF, et al.,<br><br>                    Defendants. | Civil No. <u>1:20-cv-2097</u> |

**NOTICE OF DISMISSAL OF ACTION WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Nylssa Krysthella Portillo-Moreno, by her counsel, hereby dismisses this action without prejudice.

Dated: September 11, 2020

Respectfully submitted,

<u> /s/ Clayton D. LaForge</u>

Clayton D. LaForge (DC Bar No. 1033938)
Claudia M. O'Brien (DC Bar No. 447354)

**LATHAM & WATKINS LLP**
555 Eleventh Street NW
Washington, DC  20004
Tel:  (202) 637-2200
clayton.laforge@lw.com
claudia.obrien@lw.com

1